UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

DAVID POSCHMANN,
    Plaintiff,

v.                                           CASE NO. 2:19-CV-00472

EVERGLADES HOSPITALITY
RESORTS, LLC,
    Defendant.
_____/

### ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW the Defendant, Everglades Hospitality Resorts, LLC and enters this its Answer to Plaintiff's Complaint and states:

1. Admit.
2. Admit.
3. Without knowledge as to Plaintiff's status under the ADA.
4. Admit.
5. Admit.
6. Admit.
7. Admit.
8. Admit.
9. Without knowledge as to Plaintiff's patronage. Defendant has resolved or is in the process of resolving any ADA violations that may exist on the website.
10. Without knowledge.
11. Without knowledge as to Plaintiff's patronage. Defendant has resolved or is in the process of resolving any ADA violations that may exist on the website.

12. Deny. Defendant has resolved or is in the process of resolving any ADA violations that may exist on the website.

13. Deny. Defendant has resolved or is in the process of resolving any ADA violations that may exist on the website.

14. Without knowledge.

15. Admit. Defendant has resolved or is in the process of resolving any ADA violations that may exist on the website.

## AFFIRMATIVE DEFENSES

16. Defendant, prior to the conclusion of this action, will voluntarily remediate any existing ADA violations and accordingly there will be no remedy available to Plaintiff as the Court is limited in the action to the remedy of an injunction and the Court will not order Defendant to undertake measures that Defendant has voluntarily undertaken.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to Drew Levitt at DML2@bellsouth.net and Lee Sarkin at lsarkin@aol.com this 16th day of August 2019.

DUNCAN & ASSOCIATES, P.A.
Attorneys for Defendant
P. O. Box 249
Fort Myers, Florida 33902
Telephone:  239/334-4574
Primary email:
Gordon@duncanassociatesfl.com
Secondary email:
joyce@duncanassociatesfl.com

By: _____
Gordon R. Duncan
Florida Bar No. 258563